To

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
# 11 CA 11673

## COMPLAINT

This case has issues that involves violations of Federal laws, Acts and Treaty. In the Federal PORT of IPSWICH (282) MA 01938. In the Federal PORT Shipyard AREA of (#282) To HERMAN MELENSON MELANSON BOAT SHOP 27 WAter Street Ipswich, MA. 01938. Protected by Treaty of 1783 Nation wide to DATE 28 U.S.C. #1331 PRE-1968

PRO SE

9/19/11   Signature Herman R. Melanson d. DBA

NAMe   MELANSON BOAT SHOP

Address   27 WAter Street
P.O. BOX 686
IPSWICH, Massachusetts 01938
Telephone # 978-356-3936

(ATT1-ComplAint wpd)

LIST OF DEFENDANTS Page 1 of 2

11 CA 11673

1  William T. Nelson
2  Lee M. Nelson
3  Joanne Harrington
4  David Pancoast
5  Paul Nikas's
6  Eric Worrall
7  James Sperber
8  Timothy Henry
9  Dwight A. Ware
10  Mary John Boylan
11  Joseph Digiovanni
12  John J. Ford
13  David D. Kerman
14  Allen G. Swan
15  Arthur K. Ross jr
16  Peter M. Ross
17  Charles Karpenko
18  Kevin P. Karpenko
19  ENPRO Environmental Inc
20  ENPRO Services Inc

27 Water Street   P.O. Box 886   Rehoboth Mass.

PRO SE

9/19/11   Herman R Melanson Jr DBA

MELANSON BOAT SHOP

phone 978-356-3936

LIST OF DEFENDANTS Page 2 of 2
CONTINUED

| | |
|---|---|
| 21 | TOWN OF IPSWICH, MA |
| 22 | Philip Mirvis |
| 23 | MARY JO HATCH |
| 24 | Ralph C. Pino |
| 25 | JOHN FENTON |

PRO SE

9/19/11   SignAture Norman R. Melanson & DBA

NAME   MELANSON BOAT SHOP

Address   27 WAter Street

P.O. BOX 686

IPSWICH, MASSACHUSETTS 01938

Telephone #978-356-3936