```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

HERMAN R. MELANSON, d/b/a,      )
MELANSON BOAT SHOP,             )
         Plaintiff,             )
      v.                        )  C.A. No. 11-11673-DJC
                                )
WILLIAM T. NELSON, et al.,      )
         Defendants.            )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated October 26, 2012, this action is DISMISSED.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

Dated: 11/2/12                       By /s/ Lisa Hourihan
                                            Deputy Clerk